1  McGREGOR W. SCOTT
   United States Attorney
2  MARIANNE A. PANSA
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, CA   93721
   Telephone: (559) 498-7272
5
6
7
8                   UNITED STATES DISTRICT COURT
9                  EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA    ) Case No. 1:04-cr-05261 OWW
                               )
12           Plaintiff,        ) STIPULATION AND
                               ) ORDER FOR CONTINUANCE
13       v.                    )
                               )
14 LEONCIO GARZA-CARRERA,      )
                               )
15           Defendant.        )
   _____)
16
17      IT IS HEREBY STIPULATED by and between McGregor W. Scott,
18 United States Attorney and Marianne A. Pansa, Assistant U.S.
19 Attorney and Carrie Leonetti, attorney for defendant, Leoncio
20 Garza-Carrera, that the Status Conference currently scheduled for
21 August 15, 2005 at 1:30 p.m. be continued to August 29, 2005 at
22 1:30 p.m.
23
24 ///
25
26 ///
27
28 ///

| | |
|---|---|
| Dated: August 9, 2005 | Respectfully submitted, |
| | |
| | McGREGOR W. SCOTT |
| | United States Attorney |
| | |
| | By  /s/ Marianne A. Pansa |
| | MARIANNE A. PANSA |
| | Assistant U.S. Attorney |
| | |
| Dated: August 9, 2005 |  /s/ Carrie Leonetti |
| | CARRIE LEONETTI |
| | Attorney for Defendant |
| | LEONCIO GARZA-CARRERA |

**IT IS SO ORDERED.**

/s/ OLIVER W. WANGER

_____

Dated: _August 10, 2005    Honorable OLIVER W. WANGER